# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARREL JENKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 15-cv-00253-JPG-DGW |
| JOHN TROST, *et al.*, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Dr. John Trost, Charlotte Miget, and Ms. Pollion** for deliberate indifference to Plaintiff's medical needs in violation of the 8th and 14th Amendments are dismissed without prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **Dr. John Trost, Charlotte Miget, and Ms. Pollion**, and against plaintiff **Darrel Jenkins** on his claim for deliberate indifference to his medical needs in violation of the 8th and 14th Amendments.

**DATED:** 5/8/2017

**Justine Flanagan**
**Acting Clerk of Court**
*s/Tina Gray*, **Deputy Clerk**

**Approved:** *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**